IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMY GOULD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLENDJET INC.,<br><br>Defendant. | Case No. 3:24-CV-1273-NJR |

# AMENDED JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice filed on September 23, 2024 (Doc. 29), this action was **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:   September 25, 2024

                                                         MONICA A. STUMP,
                                                         Clerk of Court

                                                         By:  s/ *Deana Brinkley*
                                                                  Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                        NANCY J. ROSENSTENGEL
                        Chief U.S. District Judge